Harry V. Johnson & Sons, Inc., a Corporation, Plaintiff-Appellee, v. Clifford A. Pedderson, Defendant-Appellant, and Williams-Manny-Stevens & Engstrom, Inc., a Corporation, Defendant-Appellee.

Gen. No. 67–97. (Abstract of Decision.)

Second District.

December 27, 1967.

Harold Stern, of Rockford, for appellant; Brown, Connolly & Oliver, of Rockford, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.